GEORGE A. LEVENSON and Others, Appellants, v. EMORY MYERS and Others, Respondents.— Motion denied.

In the Matter of the Application of JENNIE M. JACKSON, as Administratrix, etc., of WILLIAM LOGAN, Deceased, Respondent, for Payment of Money Out of Court in an Action Entitled, Supreme Court, Fulton County, WILLIAM J. McQUEEN, Plaintiff, against MARGARET CALDERWOOD and Others, Defendants. MARY JANE LOGAN, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

LOUISE M. McCABE, Respondent, v. PETER McCABE, Appellant.— Judgment unanimously affirmed, with costs.

In the Matter of the Application of CHARLES H. SEMPER, for a Mandamus Directing Hon. EDWIN DUFFEY, as State Commissioner of Highways of the State of New York, to Deliver to the Said CHARLES H. SEMPER a Certain Certified Check for $1,450 Delivered to Said Commissioner of Highways in Connection with a Proposal to Construct a State Highway No. 5630 in Onondaga County.— Judgment and order affirmed, with costs. All concurred, except Cochrane, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CAROLINE KENDER, Respondent, for Compensation under the Workmen's Compensation Law, Claimed to Be Due JOHN KENDER, Deceased, Her Husband, v. EMIL REINEKING, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award affirmed. All concurred, except Woodward and Henry T. Kellogg, JJ., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by SAMUEL GLAXON, Respondent, v. HERMAN MORITZ and EXCELSIOR SHRINKING COMPANY, INC., Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants. — Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRANCESCO BUONO, Respondent, for Compensation under the Workmen's Compensation Law, v. JOHN T. STANLEY COMPANY, INC., Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award reversed, on the ground that claimant has not, under the authorities of *Ide* v. *Faul & Timmins* (179 App. Div. 567), and *Tetro* v. *Superior Printing & Box Co.* (185 id. 73), sustained an equivalent loss of one-half of his left thumb, and the matter is remitted to the Commission for further action accordingly. All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM BESTWALL, Respondent, for Compensation under the Workmen's Compensation Law, Claimant, v. CHELSEA FIBRE MILLS, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.